

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2020

No. 04-19-00893-CV

Judy **BARRERA**,
Appellant

v.

**BEXAR COUNTY HOSPITAL DISTRICT** d/b/a University Health System and Charles Reed,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI22275
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The court reporter's second request for an extension of time to file the reporter's record is
GRANTED. The reporter's record is due on or before **April 9, 2020**.


_____
Irene Rios, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 23rd day of March, 2020.


_____
Michael A. Cruz,
Clerk of Court